UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-2937(DSD/SER)

Ebonie Richardson,

    Plaintiff,

v.                           **ORDER**

Chuck Gerlach,

    Defendant.

This matter is before the court upon the report and recommendation of Magistrate Judge David T. Schultz, dated March 26, 2019 (R&R). The magistrate judge recommended that the court dismiss pro se plaintiff Ebonie Richardson's complaint for failure to prosecute. See Fed. R. Civ. P. 41(b). No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 7] is adopted in its entirety; and

2. This action is dismissed [ECF No. 1] without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 16, 2019

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court